**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02210-LTB-KLM

TRACY HOYT,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey foreign corporation insurance company, and
ELEMENTAL SECURITY, INC. LONG TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant Elemental Security, Inc. Long Term Disability Plan (Doc 22 - filed March 11, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED against Defendant Elemental Security, Inc. Long Term Disability Plan only**, each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: March 12, 2008